```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 15910
   JASON M BAUMANN
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-5858

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 06/20/2008 and was confirmed 10/09/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/11/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
-----------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00             .00             .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE    44640.21             .00         2099.01
CITI RESIDENTIAL LENDING  MORTGAGE NOTI   NOT FILED             .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED             .00             .00
PRA RECEIVABLES MANAGEME  UNSECURED          686.64             .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED          931.98             .00             .00
US BANK/ELAN/RETAIL PAYM  UNSECURED          831.11             .00             .00
CITY OF CHICAGO WATER DE  SECURED             826.74             .00           100.00
CITI RESIDENTIAL LENDING  MORTGAGE NOTI   NOT FILED             .00             .00
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00             .00             .00
CITI RESIDENTIAL LENDING  MORTGAGE NOTI   NOT FILED             .00             .00
PRA RECEIVABLES MANAGEME  UNSECURED          235.99             .00             .00
ASSET ACCEPTANCE LLC      UNSECURED          142.07             .00             .00
ASSET ACCEPTANCE LLC      UNSECURED          691.88             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY          1461.72             .00             .00
INTERNAL REVENUE SERVICE  UNSECURED         2251.49             .00             .00
PHILIP A IGOE             DEBTOR ATTY          .00                              .00
TOM VAUGHN                TRUSTEE                                            170.99
DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              2,370.00

PRIORITY                                       .00
SECURED                                   2,199.01
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                         170.99
DEBTOR REFUND                                  .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 15910 JASON M BAUMANN
```

```
                                    ---------------      ---------------
TOTALS                                     2,370.00             2,370.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                         PAGE   2
          CASE NO. 08 B 15910 JASON M BAUMANN